# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| ADVANCED CLUSTER SYSTEMS, INC., *Plaintiff*, v. INTEL CORPORATION, *Defendant*. | Case No. 7:24-CV-00245-ADA<br><br>Jury Trial Demanded |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Benjamin Welton of Munger, Tolles, & Olson LLP as counsel for Defendant INTEL CORPORATION is hereby withdrawn. Defendant will continue to be represented by MUNGER, TOLLES & OLSON LLP.

Respectfully submitted,

DATED: August 7, 2025

Evan Mann (*pro hac vice*)
Susannah M. L. Gagnon (*pro hac vice*)
Kevin Yang
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Fax: (415) 512-4077
evan.mann@mto.com
susannah.gagnon@mto.com
kevin.yang@mto.com

*/s/ Heather E. Takahashi*
Ashley Aull (*pro hac vice*)
Gregory P. Stone (*pro hac vice*)
Heather E. Takahashi
Faye P. Teller
Peter E. Gratzinger (*pro hac vice*)
Ted Kang (*pro hac vice*)
Adam W. Kwon (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Fax: (213) 687-3702
ashley.aull@mto.com
gregory.stone@mto.com
heather.takahashi@mto.com
faye.teller@mto.com
peter.gratzinger@mto.com
ted.kang@mto.com
adam.kwon@mto.com

Brian C. Nash
Texas Bar No. 24051103

-2-

MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX 78701
Telephone: (737) 309-0700
bnash@mofo.com

***Attorneys for Defendant Intel Corporation***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing reply via the Court's CM/ECF system on August 7, 2025.

*/s/ Heather E. Takahashi*
Heather E. Takahashi

*Counsel for Defendant Intel Corporation*